O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY PLEASANT,<br><br>              Plaintiff,<br><br>    v.<br><br>AUTOZONE, INC., AUTOZONE WEST, INC., AUTOZONE PARTS, INC., AND DOES 1 TO 10,<br><br>              Defendants. | Case No. CV 12-07293-JGB (JCGx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: June 19, 2013

                                                Honorable Jesus G. Bernal
                                                United States District Judge

1