O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY PLEASANT, | ) Case No. CV 12-07293-JGB ) (JCGx) |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| AUTOZONE, INC., AUTOZONE WEST, INC., AUTOZONE PARTS, INC., AND DOES 1 TO 10, | ) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: June 19, 2013          _____
                              Honorable Jesus G. Bernal
                              United States District Judge

1